# 614

National Box Company, appellee, v. Big Ben Beverage Corporation, appellant. Gen. No. 35,801.

 Opinion filed June 28, 1932.

Henry Perlman, for appellant. John M. Lee and Earl V. Brown, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

H. T. Hunter, defendant in error, v. G. H. Buchanan & Company, Inc., plaintiff in error. Gen. No. 35,860.

 Opinion filed June 28, 1932.

McKinney, Lynde & Grear, for plaintiff in error; William E. Dever, of counsel. Solomon & Borden, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Donato Quintiliamo, defendant in error, v. Nan Buchner, plaintiff in error. Gen. No. 35,933.

 Opinion filed June 28, 1932. Rehearing denied July 11, 1932.

William T. Pridmore, for plaintiff in error. Abram Z. Zietlein, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Julia Borowinski, appellee, v. John Habryl et al., defendants, on appeal of James H. Hooper, appellant. Gen. No. 36,146.

Opinion filed July 7, 1932.

A. G. Dicus, for appellant. Cummings & Wyman, for appellee; Harold Engstrom, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.